# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

Donald Fellows, Jr.

    Plaintiff

-vs-                                                Case No. 2:25-cv-12595
                                                      Hon.

TenPoint Crossbow Technologies, An Ohio Corporation,

    Defendant

_____/

HENRY L. GORDON (P37613)
PAUL F. DOHERTY (P36579)
VEN R. JOHNSON (P39219)
Ven Johnson Law, PLC
Attorneys for Plaintiff
535 Griswold St, Suite 2600
Detroit, MI  48226
(313) 324-8300; Fax: (313) 324-8301
hgordon@venjohnsonlaw.com
_____/

## **COMPLAINT**

*There is no other pending or resolved civil action arising out
of the transaction or occurrence alleged in the Complaint.*

NOW COMES PLAINTIFF, DONALD FELLOWS, JR., by and through his attorneys, VEN JOHNSON LAW, and for his Complaint states as follows:

1.    Donald Fellows, Jr., (hereinafter referred to as Don Fellows), is and was at all times relevant to this Complaint, a resident of the State of Michigan, and resides in the Eastern District of Michigan.

2.    Defendant, TenPoint Crossbow Technologies (hereinafter referred to as TenPoint) is a foreign corporation, with its headquarters and principal place of business in the State of Ohio.

3. The amount in controversy in this action exceeds Seventy-Five Thousand ($75,000.00) Dollars, exclusive of any interest or costs.

4. This Court has jurisdiction over this lawsuit pursuant to the provisions of 28 USC § 1332(a).

5. In or around the year 2011 in the State of Michigan, Don Fellows purchased a new Turbo XLT crossbow manufactured by TenPoint.

6. As a part of that purchase, a representative of the manufacturer TenPoint, was present in Michigan and offered demonstrations of the Turbo XLT crossbow in, among other places, the Flint metropolitan area.

7. That representative of Defendant TenPoint provided instruction on proper use of the Turbo XLT crossbow to Don Fellows and represented and warranted that the Turbo XLT crossbow that Don Fellows purchased new was fit and safe for its intended purpose.

8. On or about November 7, 2024, Don Fellows was deer hunting in Michigan with his Turbo XLT crossbow.

9. At that time, Don Fellows disengaged the safety intending to discharge the Turbo XLT crossbow to lawfully harvest a deer.

10. However, when the deer suddenly moved out of range of his Turbo XLT crossbow, Don Fellows then re-engaged the safety knob on the trigger to make sure that the Turbo XLT crossbow would not fire.

11. Shortly thereafter, on the same day, with the safety knob on the trigger of his Turbo XLT crossbow remaining in the re-engaged position from earlier that day, Don

Fellows carefully set the Turbo XLT crossbow down on the ground so he had his hands free to collapse his portable deer blind for the day.

12. After he had collapsed his portable deer blind for the day on November 9, 2024, Don Fellows then carefully reached down to pick up his Turbo XLT crossbow to unload it and then proceed home for the day.

13. When he lifted up the Turbo XLT crossbow, and while the safety knob on the trigger continued to be engaged in the locked position, and with his hands nowhere near the trigger, the Turbo XLT crossbow spontaneously fired, and the string of the Turbo XLT crossbow struck his right hand.

14. This event caused the fifth phalange/digit on Don Fellows' right hand to become fractured, and to become broken off from the metacarpal bone and forcefully pushed up through the palm of his hand.

15. As a direct and proximate result and cause of this incident, the condition of Don Fellows' right hand required him to undergo open reduction with internal fixation of the fifth phalange/digit in order to surgically re-attach it to his right hand.

16. As a direct and proximate result and cause of this incident, Don Fellows has suffered permanent and serious physical and emotional injuries, physical and emotional pain, and physical and emotional suffering, as well as restrictions and limitations of the use of his right upper extremity, and will continue to suffer permanent and serious physical and emotional injuries, physical and emotional pain, physical and emotional suffering, and limitations of the use of his right upper extremity into the future.

17. The incident described in this Complaint was caused by a production defect in the Turbo XLT crossbow.

18. The defect in the Turbo XLT crossbow existed at the time it was purchased by Don Fellows.

19. Prior to the injury to Don Fellows as described herein, Defendant TenPoint was aware of this defect, and issued a recall on the Turbo XLT crossbow for the very defect that caused injury to Don Fellows in this case.

20. In its recall, Defendant TenPoint referred to this defect as posing an "injury hazard", and an "unexpected firing hazard".

21. Defendant TenPoint did not provide Don Fellows with this recall notice, and did not otherwise contact him to warn him and/or make him aware of the unexpected firing hazard and the injury hazard associated with the defectively designed and/or defectively produced safety knob incorporated into the Turbo XLT crossbow's trigger mechanism.

22. At all times at issue in this Complaint, Don Fellows was unaware of the fact that Defendant TenPoint had issued this recall notice due to the unexpected firing hazard and the injury hazard associated with the defectively designed, defectively manufactured and/or defectively produced safety knob and trigger mechanism in the Turbo XLT crossbow.

23. The injury that Don Fellows sustained was caused by the failure of the TenPoint Turbo XLT crossbow to conform to the warranty that was made, expressly and impliedly to Don Fellows when he purchased his Turbo XLT crossbow in Michigan in or around the year 2011.

24. The injury that Don Fellows sustained is and was of a type that is and was a natural and probable result of the failure of the TenPoint Turbo XLT crossbow to conform

to the warranty that was made, expressly and impliedly to Don Fellows when he purchased his Turbo XLT crossbow in Michigan in or around the year 2011.

25. An express warranty was made to Don Fellows by TenPoint that the Turbo XLT crossbow was safe to handle and would not fire when the safety knob was engaged.

26. The injury that Don Fellows sustained is and was of a type that is and was a natural and probable result of the production of the Turbo XLT crossbow at issue in this case.

## COUNT I:  BREACH OF IMPLIED WARRANTY

27. Plaintiff Don Fellows realleges and incorporates by reference all allegations contained in Paragraphs 1-26 of this Complaint, as if fully set forth herein, word for word.

28. The TenPoint Turbo XLT crossbow was not reasonably fit for the use or purpose anticipated or reasonably foreseeable by Defendant TenPoint XLT, including but not limited to, safe deer hunting, because it had a trigger lock and/or safety knob that was not properly and reasonably safely manufactured, constructed, designed, formulated, developed, prepared, processed, assembled, inspected, tested, listed, certified, warned of, instructed on, marketed, sold, advertised, packaged and/or labeled.

29. The TenPoint Turbo XLT crossbow was not reasonably fit for the use or purpose anticipated or reasonably foreseeable by Defendant TenPoint XLT, including but not limited to, safe deer hunting, at the time it left the possession and control of Defendant TenPoint.

30. The Turbo XLT crossbow failed to meet the express warranty because it was equipped with an unsafe and defective trigger and trigger lock/ safety knob

5

mechanism, that fired with the safety knob in the locked position, which Defendant TenPoint has described as an injury hazard and as an unexpected firing hazard.

31.     Defendant TenPoint Turbo XLT crossbow was equipped with an unsafe and defective trigger and trigger lock/ safety knob mechanism, that fired with the safety knob in the locked position at the time it left TenPoint's control.

32.     As a proximate cause and result of TenPoint's actions and omissions, Don Fellows suffered and sustained injuries, including but not limited to, a physical injury to the fifth phalange/digit on his right hand that caused the fifth phalange/digit to become fracture and broken off of the metacarpal bone and forcefully pushed up through the palm of his hand, causing permanent and serious physical and emotional injuries, physical and emotional pain, and physical and emotional suffering, as well as restrictions and limitations of the use of his right upper extremity, and will continue to suffer permanent and serious physical and emotional injuries, physical and emotional pain, and physical and emotional suffering into the future.

33.     The unsafe and defective trigger and trigger lock/ safety knob mechanism, that permitted and caused the TenPoint Turbo XLT crossbow to fire with the safety knob in the locked position was, is, and will be in the future a proximate cause of the damages and injuries pled in this Complaint.

WHEREFORE, PLAINTIFF DON FELLOWS prays for an award in an amount in excess of $75,000.00, exclusive of costs and interest.

**COUNT II: NEGLIGENT PRODUCTION**

6

34. Plaintiff Don Fellows realleges and incorporates by reference all allegations contained in Paragraphs 1-33 of this Complaint, as if fully set forth herein, word for word.

35. By equipping the Turbo XLT crossbow at issue with a trigger lock and/or safety knob that posed an injury hazard, and an unexpected firing hazard, TenPoint Crossbow Technologies was negligent in the manufacture, construction, design, formulation, development, preparation, processing, assembly, inspection, testing, listing, certification, warnings of, instructions on, marketing, sale, advertising, packaging and/or labeling of the Turbo XLT crossbow at issue in this case.

36. Plaintiff Don Fellows sustained injury as a result of such negligent errors and/or omissions in the manufacture, construction, design, formulation, development, preparation, processing, assembly, inspection, testing, listing, certification, warnings of, instructions on, marketing, sale, advertising, packaging and/or labeling of the Turbo XLT crossbow at issue in this case.

37. TenPoint Crossbow Technologies' negligence was a proximate cause of the injuries and damages to Don Fellows.

38. The Turbo XLT crossbow was not reasonably safe at the time it left the Defendant's possession and control.

39. According to generally accepted production practices at the time the Turbo XLT crossbow left the control of Defendant TenPoint Crossbow Technologies, a practical and technically feasible alternative production practice was available that would have prevented the harm to Don Fellows as described herein, without significantly impairing the usefulness or desirability of the crossbow to users, and without creating equal or greater risk of harm to others.

7

40. Don Fellows suffered and sustained injuries, including but not limited to, a physical injury to the fifth phalange/digit on Don Fellows' right hand that caused the fifth phalange/digit to become fracture and broken off of the metacarpal bone and forcefully pushed up through the palm of his hand, causing permanent and serious physical and emotional injuries, physical and emotional pain, and physical and emotional suffering, as well as restrictions and limitations of the use of his right upper extremity, and will continue to suffer permanent and serious physical and emotional injuries, physical and emotional pain, and physical and emotional suffering into the future.

41. The unsafe and defective trigger and trigger lock/ safety knob mechanism, that permitted and caused the TenPoint Turbo XLT crossbow to fire with the safety knob in the locked position was, is, and will be in the future a proximate cause of the damages and injuries pled in this Complaint.

WHEREFORE, PLAINTIFF DON FELLOWS prays for an award in an amount in excess of $75,000.00, exclusive of costs and interest.

Respectfully submitted,
**VEN JOHNSON LAW, PLC**

By: /s/Henry L. Gordon
HENRY L. GORDON (P37613)
PAUL F. DOHERTY (P36579)
VEN R. JOHNSON (P39219)
Attorneys for Plaintiff
535 Griswold St, Suite 2600
Detroit, MI  48226
(313) 324-8300
hgordon@venjohnsonlaw.com

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

Donald Fellows, Jr.

    Plaintiff

-vs-                                                        Case No. 25-

                                                                Hon.

TenPoint Crossbow Technologies, An Ohio Corporation,

    Defendant

_____/

HENRY L. GORDON (P37613)
PAUL F. DOHERTY (P36579)
VEN R. JOHNSON (P39219)
Ven Johnson Law, PLC
Attorneys for Plaintiff
535 Griswold St, Suite 2600
Detroit, MI  48226
(313) 324-8300; Fax: (313) 324-8301
hgordon@venjohnsonlaw.com

_____/

## **DEMAND FOR JURY TRIAL**

    NOW COMES PLAINTIFF, DONALD FELLOWS, JR., by and through his attorneys, VEN JOHNSON LAW, and pursuant to the provisions of Rule 38(b) hereby demands a trial by jury of this matter.

                                                    Respectfully submitted,
                                                    VEN JOHNSON LAW, PLC

                                                    By: */s/Henry L. Gordon*
                                                    HENRY L. GORDON (P37613)
                                                    PAUL F. DOHERTY (P36579)
                                                    VEN R. JOHNSON (P39219)
                                                    Attorneys for Plaintiff
                                                    535 Griswold St, Suite 2600
                                                    Detroit, MI  48226
                                                    (313) 324-8300
                                                    hgordon@venjohnsonlaw.com